IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**ARAFAT NIJMEH.**

    **Defendant.**                                                      **Case No. 06-cr-30051-DRH**

## ORDER

**HERNDON, District Judge:**

    This matter is before the Court on Defendant's Motion for a Statutory Evaluation pursuant to l8 U.S.C. § 4241 (Doc. 14) to determine if Defendant is able to understand the nature and consequences of the proceedings against him and to aid in his defense. Upon review of the record, the Court finds that there is sufficient evidence in the record to warrant an examination to determine whether Defendant is currently suffering from a mental disease or defect which may render him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    Accordingly, the Court hereby **GRANTS** Defendant's Motion (Doc. 14) and **ORDERS** that Defendant Arafat Nijmeh, undergo a psychological or psychiatric examination by a licensed psychiatrist or psychologist at an institution to be designated by the Attorney General or his designee. The examination shall be

completed within forty-five (45) days unless an extension is granted by the Court. The psychiatrist or psychological report, or both, shall be filed with the Court, under seal, in accordance with l8 U.S.C. § 4247 (b) and (c).

The United States Marshall shall transport Defendant to the institution designated by the Attorney General or his designee and upon completion of the examination and shall return Defendant to the Court for a hearing in accordance with §§ 4241 and 4247(d), said hearing to be scheduled by the Court after receipt of the psychiatric or psychological report.  The forty-five (45) days allowed for the examination of Defendant pursuant to this Order shall begin on the day Defendant is first physically present at the institution designated by the Attorney General or his designee.

By operation of this Order, Defendant's trial is continued from its current setting on May 15, 2006, in the interests of justice, and the time necessary for this exam is excluded for purposes of the Speedy Trial Act.  The trial date will be reset following Defendant's return to the district and the Court's determination of Defendant's competence pursuant to the issues to be evaluated as ordered herein.

**IT IS SO ORDERED.**

Signed this 11th day of May, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**