IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT ILLINOIS

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**ARAFAT NIJMEH**

    **Defendant.**                                   Case No. 06-cr-30051-DRH

## ORDER

**HERNDON, District Judge:**

Before the court is Defendant's Motion for Extension of time to File a Motion to Dismiss Indictment (Doc. 22 ). In this Motion, Defendant asks the Court extend the deadline for filing motions from September 15, 2006 to September 19, 2006, in order for Defendant's counsel to finish the necessary research for filing a Motion to Dismiss the Indictment. Accordingly, Defendant's Motion (Doc. 22) is **GRANTED**. Defendant has until September 19, 2006 to file a Motion to Dismiss the Indictment.

Defendant is directed to the Court's minute entry between Doc. 20 and Doc. 21 setting this matter for jury trial on September 25, 2006. At the conclusion of Defendant's competency hearing the Defendant demonstrated a desire to go to trial earlier than the October 31, 2006 setting. Consequently, the Court set the matter on

September 25, 2006 when an opening appeared on his calendar.  With the contemplated motions, perhaps Defendant will want to reconsider the new trial date.

**IT IS SO ORDERED.**

Signed this 18th day of September, 2006.

/s/        David   RHerndon
**United States District Judge**